IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

JAMES E. LUNDEEN, SR., M.D.,

Defendant.

Case No. 2:09-cv-641

JUDGE EDMUND A. SARGUS, JR.

## ORDER

Because the Court declined to withdraw the reference of this case to the bankruptcy court under 28 U.S.C. § 157, the Court hereby **ORDERS** that this case be **CLOSED**.

**IT IS SO ORDERED.**

11-24-2009
**DATED**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**